1 | Vaughn A. Crawford
Nevada Bar No. 7665
2 | Joshua D. Cools
Nevada Bar No. 11941
3 | SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 | Las Vegas, NV 89169
Telephone: (702) 784-5200
5 | Facsimile: (702) 784-5252
Email: vcrawford@swlaw.com
6 | Email: jcools@swlaw.com

7 | David J. Cooner (*pro hac vice*)
Zane C. Riester (*pro hac vice*)
8 | Jean P. Patterson (*pro hac vice*)
McCarter & English, LLP
9 | Four Gateway Center
100 Mulberry St.
10 | Newark, NJ 07102
Telephone: (973) 622-4444
11 | Facsimile: (973) 624-7070
Email: dcooner@mccarter.com
12 | Email: zriester@mccarter.com
Email: jpatterson@mccarter.com
13
Attorneys for Defendants
14 | C.R. Bard, Inc. and Bard Access Systems, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| GAYLE LAYNE, an individual, | Case No. 2:17-cv-02434-JAD-PAL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
| C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC.; and DOES 1 through 10 inclusive, | |
| | **(FIRST REQUEST)** |
| Defendants. | |

**STIPULATION**

Pursuant to Local Rules 26-4 and 6-1, the parties hereby submit the following Stipulation and Order for Extension of Discovery Plan and Scheduling Order (First Request) to extend discovery to October 31, 2018. This request is based on good cause because the litigation of this matter will be best served by the proposed extension.

///

## I. REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This is a product liability case involving the surgical implant of a prescription medical device – an implantable port and catheter, known as a Bard PowerPort® with an attachable polyurethane catheter ("BardPort") – which was used for the administration of chemotherapy. A BardPort was implanted in Plaintiff Gayle Layne on November 13, 2015. Plaintiff alleges that the product fractured and migrated inside Plaintiff's body. Plaintiff brings claims of product liability, negligence, breach of warranty, and fraudulent misrepresentation and concealment against Defendants. Plaintiff initially filed their case on July 27, 2017 in the Eighth Judicial District Court in Clark County. The case was subsequently removed and Defendants filed an answer on September 25, 2017.

Attorneys for the parties have another case pending in the Northern District of Alabama (Docket 17-cv-00210) that involves a BardPort. So the parties have had significant discussions about the scope of discovery in this case. On November 15, 2017, the parties participated in a telephonic discovery planning conference pursuant to Rule 26(f). Prior to this conference, Defendants had circulated a proposed discovery plan and scheduling order. Following the conference, the parties exchanged multiple drafts of the discovery plan in attempt to resolve their different proposals. During this time, Plaintiff Gayle Layne died. Plaintiff's counsel is now working on having the estate established so that he has authority to continue with the litigation. In the meantime, the Court issued a discovery plan, noting that the parties not filed one, and set discovery to close on March 28, 2018.

Considering the complexity of the case and the significant effect of Plaintiff's death on the litigation, the parties agree that substantially more time will be required for discovery. The parties have agreed that a discovery period of approximately one year should permit the parties to do all discovery needed, including the retention of several experts and production of the company documents pertinent to Plaintiff's claims. This is extension is being sought in good faith and not to unduly delay this proceeding.

///

///

**II.     DISCOVERY COMPLETED TO DATE**

Discovery has not yet begun, but the parties have participated in significant discussion regarding the scope of discovery, potential electronically stored information, and likely custodians of discoverable information related to this case. This has consisted of multiple telephone conversations and correspondence.

**III.    PROPOSED NEW DISCOVERY DEADLINES**

    **A.     Deadline for Parties to Disclose Experts:**

        Currently:     January 25, 2018

        Proposed:     **August 30, 2018**

    **B.     Deadline for Parties to Disclose Experts:**

        Currently:     January 25, 2018

        Proposed:     **August 30, 2018**

    **C.     Deadline for Parties to Disclose Rebuttal Experts**:

        Currently:     February 26, 2018

        Proposed:     **October 1, 2018**

    **D.     Interim Status Report Deadline:**

        Currently:     January 25, 2018

        Proposed:     **August 30, 2018**

    **E.     Discovery Cut-Off Date:**

        Currently:     March 28, 2018

        Proposed:     **October 31, 2018**

    **F.     Deadline to File Dispositive Motions:**

        Currently:     April 27, 2018

        Proposed:     **December 3, 2018**

    **G.     Pretrial Deadline Order:**

        Currently:     May 28, 2018

        Proposed:     **December 31, 2018**

/ / /

In the event that dispositive motions are filed, the parties stipulate that the date for filing the joint pretrial order shall be suspended until 30 days after decision of the dispositive motions or further order of the Court.

**IV. CONCLUSION**

Good cause exists to extend the case management deadlines in this case. In light of Plaintiff's death and the complexity of Plaintiff's claims, additional time is warranted. Accordingly, the parties respectfully request that the Court grant their request to extend discovery until October 31, 2018.

DATED this  19th  day of December, 2017.        DATED this  19th  day of December, 2017.

SNELL & WILMER L.L.P.                           WETHERALL GROUP, LTD.

By: /s/ Joshua D. Cools                         By: /s/ Peter C. Wetherall
    Vaughn A. Crawford                              Peter C. Wetherall
    Nevada Bar No. 7665                             Nevada Bar No. 4414
    Joshua D. Cools                                 9345 West Sunset Road, Suite 100
    Nevada Bar No. 11941                            Las Vegas, NV 89148
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169                             Attorneys for Plaintiff
                                                    Gayle Layne
    David J. Cooner (*pro hac vice*)
    Zane C. Riester (*pro hac vice*)
    Jean P. Patterson (*pro hac vice*)
    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry St.
    Newark, NJ 07102

    Attorneys for Defendants
    C.R. Bard, Inc. and
    Bard Access Systems, Inc.

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of January, 2018.

U.S. DISTRICT MAGISTRATE JUDGE

- 4 -

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Joshua D. Cools
Vaughn A. Crawford
Nevada Bar No. 7665
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

David J. Cooner (*pro hac vice*)
Zane C. Riester (*pro hac vice*)
Jean P. Patterson (*pro hac vice*)
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

Attorneys for Defendants
C.R. Bard, Inc. and Bard Access Systems, Inc.

4846-3381-4616.1