UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAYLE LAYNE,<br><br>　　　　　　Plaintiff,<br>　v.<br>C.R. BARD, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-02434-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5) and the court's scheduling order. The Order extending the Discovery Plan and Scheduling Order (ECF No. 19) filed January 5, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 31, 2018. Dispositive motions were not timely filed and the Joint Pretrial Order is overdue. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 30, 2019**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 16th day of January 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE