UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GAYLE LAYNE,<br><br>                Plaintiff,<br>    v.<br>C.R. BARD, INC.,<br><br>                Defendant. | Case No. 2:17-cv-02434-JAD-PAL<br><br>ORDER |

Before the court is the parties' Notice of Settlement (ECF No. 23) filed January 24, 2019. On January 16, 2019 the court entered an Order (ECF No 21) when the parties failed to file the joint pretrial on January 5, 2019 as required by the court's discovery plan and scheduling order. The Order required the parties to file a joint pretrial order no later than January 30, 2019. The parties now advise the court that they have reached a settlement and that a stipulation to dismiss will be submitted once the settlement terms are finalized. The parties do not say when they anticipate they will finalize the terms of their settlement and when a stipulation to dismiss will be filed. The court will give the parties 60 days to either finalize their settlement and file the stipulation. If they have not filed a stipulation to dismiss in 60 days they will be required to file the joint pretrial order.

Having reviewed and considered the matter,

**IT IS ORDERED** that the parties shall have sixty days, or until **March 25, 2019**, to either file a stipulation to dismiss with prejudice, or the joint pretrial order.

DATED this 31st day of January 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1